IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **ALICIA STORY,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**CEEDA ENTERPRISES, INC. d/b/a Riley's Showbar, a corporation; and CAROL O. HAIR, WILLIAM M. HAIR, and JAMES N. CLINE, individuals,**<br><br>    **Defendants.** | Civil Action No. 1:14-cv-00956-RWS |

## JOINT NOTICE OF SETTLEMENT

NOW COME Plaintiff Alicia Story and Defendants CEEDA Enterprises, Inc. d/b/a Riley's Showbar, Carol O. Hair, and James N. Cline, and hereby notify this Court that the parties have reached an agreement to settle all claims and are attempting to finalize settlement documents. Because a stay previously entered by this Court ends today, the parties request that this Court **administratively close this case** pending a final settlement agreement and dismissal.

Respectfully submitted this 13th day of June 2014.

SMITH COLLINS, LLC
8565 Dunwoody Place

*/s/ Matthew W. Herrington*
Matthew W. Herrington
Ga. Bar No. 275411

Building 15, Suite B
Atlanta, GA 30350
(770) 286-1800

*matthew@smithcollinsllc.com*

*Attorneys for Plaintiff*

OFFICE OF JAMES N. CLINE
570 Colonial Park Drive
Suite 303
Roswell, GA 30075
770-518-0910

*/s/ James N. Cline*
James N. Cline
Ga. Bar No. 170515
*jclinejdcpa@yahoo.com*

*Attorney for Defendants CEEDA Enterprises, Inc. and Carol O. Hair*

*Pro se*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **ALICIA STORY,**<br><br>      **Plaintiff,**<br><br>     **v.**<br><br>**CEEDA ENTERPRISES, INC. d/b/a Riley's Showbar, a corporation; and CAROL O. HAIR, WILLIAM M. HAIR, and JAMES N. CLINE, individuals,**<br><br>      **Defendants.** | Civil Action No. 1:14-cv-00956-RWS |

## L.R. 7.1 CERTIFICATION & CERTIFICATE OF SERVICE

I hereby certify that this document has been prepared with one of the font and point selections approved by the court in LR 5.1 or, if type written, that the brief does not contain more than 10 characters per inch of type. This document was prepared in Times New Roman 14 point font.

I hereby certify that on the date signed below, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

JAMES N. CLINE
OFFICE OF JAMES N. CLINE
570 Colonial Park Drive

3

Suite 303
Roswell, GA 30075
770-518-0910
jclinejdcpa@yahoo.com

Dated: June 13, 2014.

| | |
|---|---|
| SMITH COLLINS, LLC<br>8565 Dunwoody Place<br>Building 15, Suite B<br>Atlanta, GA 30350<br>(770) 286-1800<br>herrington.matthew@gmail.com | */s/ Matthew W. Herrington*<br>Matthew W. Herrington<br>Ga. Bar No. 275411<br><br>*Attorney for Plaintiff* |

4