IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALICIA STORY, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION |
| | : NO. 1:14-CV-0956-RWS |
| CEEDA ENTERPRISES, INC., ET AL | : |
| Defendants. | : |

### ORDER

The parties having announced that the above action has been settled. Documentation of the settlement agreement will require some extended time for completion, it is

ORDERED that this action be dismissed without prejudice with the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

Therefore, the Court DIRECTS the Clerk to administratively close this action.

It is so ORDERED, this 16th day of June, 2014

Richard W. Story
Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **ALICIA STORY,**<br><br>          **Plaintiff,**<br><br>     v.<br><br>**CEEDA ENTERPRISES, INC. d/b/a Riley's Showbar, a corporation; and CAROL O. HAIR, WILLIAM M. HAIR, and JAMES N. CLINE, individuals,**<br><br>          **Defendants.** | Civil Action No. 1:14-cv-00956-RWS |

## JOINT NOTICE OF SETTLEMENT

NOW COME Plaintiff Alicia Story and Defendants CEEDA Enterprises, Inc. d/b/a Riley's Showbar, Carol O. Hair, and James N. Cline, and hereby notify this Court that the parties have reached an agreement to settle all claims and are attempting to finalize settlement documents. Because a stay previously entered by this Court ends today, the parties request that this Court **administratively close this case** pending a final settlement agreement and dismissal.

Respectfully submitted this 13th day of June 2014.

SMITH COLLINS, LLC
8565 Dunwoody Place

/s/ *Matthew W. Herrington*
Matthew W. Herrington
Ga. Bar No. 275411